James Isaac Funderburk
Funderburk & Herpin
P. O. Drawer 1030
Abbeville LA 70511-1030


**REHEARING ACTION: April 4, 2012**


**Docket Number: 11   00766-CA**

**CITY OF ABBEVILLE, ET AL.**
**VERSUS**
**VERMILION PARISH POLICE JURY, ET AL.**

**Appealed from Vermilion Parish Case No. 92931**


<u>**BEFORE JUDGES**</u>:

> **Hon. Marc T. Amy**
> **Hon. Elizabeth A. Pickett**
> **Hon. J. David Painter**
> **Hon. Shannon J. Gremillion**
> **Hon. Phyllis M. Keaty**


As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **City of Abbeville and City of Kaplan** has this day been

> **DENIED.**
> Painter, J., would grant rehearing.

Also, the request for en banc rehearing filed by **City of Abbeville and City of Kaplan**

has this day been

> **DENIED.**
> Painter, J., would grant request for en banc rehearing.


cc: Meridith J. Trahant, Counsel for the Appellee
    Paul Gonsoulin Moresi  III,, Counsel for the Appellant
    Calvin Eugene Woodruff, Jr., Counsel for the Appellee

**STATE OF LOUISIANA**
**COURT OF APPEAL, THIRD CIRCUIT**
**P.O. Box 16577**
**Lake Charles LA 70616**
**(337) 433-9403**